Morris Rom and Samuel Rom, etc., Appellants, v. Joseph Wallach, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that neither on pleading nor proof is action within the purview of section 139 of the Municipal Court Act. Jenks, Gaynor, Burr and Rich, JJ., concurred; Hirschberg, P. J., dissented.

Reuben Ross, Appellant, v. James P. Beckwith and James Philpot, Individually as Well as Executors and Trustees, etc., of the Last Will and Testament of Elizabeth Cooley Ross, Deceased, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

Michael Schaefer and Joseph Laux, Respondents, v. Frederick Schirmeister, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

William Scheer, Appellant, Respondent, v. The Long Island Railroad Company, Respondent, Appellant.— Judgment affirmed, without costs to either party. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

Frederick Scherr, Suing for Himself as Stockholder and All Other Stockholders of the Pioneer Iron Works in Like Situation Who Shall Choose to Make Themselves Parties to This Action, Appellant, v. The Pioneer Iron Works and Others, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred. ·

Aaron Schwartz, as Administrator, etc., of Samuel Schwartz, Deceased, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Margareth Schwarz, Appellant, v. Ida Sweitzer, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

Fannie E. Singer, Respondent, v. Richmond Light and Railroad Company,. Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Gaynor, Burr, Rich and Miller, JJ.

South Brooklyn Realty Company, Respondent, v. Caspar Iba Construction Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

Thomas J. Taylor, Plaintiff, v. Edna Bell, Respondent. Charles J. MacCormack, Late Sheriff of the County of Richmond, Appellant.— Order affirmed, with ten